FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REO D. MOORE, III, | Case No. EDCV 08-136-SVW (RNB) |
| Petitioner, | |
| vs. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN MARTEL, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and papers herein, including the Magistrate Judge's Report and Recommendation recommending the denial of petitioner's Petition for Writ of Habeas Corpus by a Person in State Custody. No objections to the Report and Recommendation have been filed.[1]  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

---

[1]     The Report and Recommendation was duly served by first class mail on plaintiff at his prison address of record on May 15, 2008.  However, the Report and Recommendation subsequently was returned undelivered by the Postal Service.  On the envelope was notated "Paroled No Forward Order."  Petitioner has failed to notify the Court of his current address within 15 days of the service date of the undelivered Report and Recommendation, as required by Central District Local Rule 41-6.

1

1    IT THEREFORE IS ORDERED that Judgment be entered denying the Petition

2  and dismissing this action with prejudice.

3

4  DATED: _____8/17/08_____

5

6                                    _____

7                                    STEPHEN V. WILSON
                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2