JS-6
– Entered –

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
AUG 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REO D. MOORE, III,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>WARDEN MARTEL,<br><br>　　　　　Respondent. | Case No. EDCV 08-136-SVW (RNB)<br><br>**J U D G M E N T** |

　　　In accordance with the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: 8/27/08

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY